MHK

FILED
8-24-2010
AUG 24 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CITATION ANSWER

Chicago Regional Council of Carpenters Pension Fund et al., v Riggs Construction, Inc., an Illinois Corporation
10 CV 02472

I, Annita Vaughn, certify under penalty of perjury that with regard to the property of the judgment debtor, the Citation Respondent files the following answer to this Citation and is in possession of the following property of the judgment debtor.

Highlight one or more of the following and indicate the amount held:

1. Savings Account (amount withheld) $_____

2. Checking and/or Now Account (Additional amount withheld) $ _____

3. Certificate of Deposit (Amount held) $_____

4. Money Market Account (Amount held) $_____

5. Trust Account (Amount held) $_____

6. Safety Deposit Box $_____

(7.) No Accounts  __None_____

8. Adverse Claimant: Name _____

9. Wages, Salary or Commissions _____

10. Other Personal Property (Describe) _____

Attach a sheet for additional information required by the Citation See attached.

Sub Total $0

Less right of offset for other loans  $0

Less deduction for fees limited by $0
205 ILCS 5/48.1

Total   $0

According to the business records kept by the Citation Respondent we show the above accounts to be correct.

*Annita Vaughn*
Agent for the Citation Respondent

State of Illinois
County of Kane
Subscribed to and sworn before me this 19th day of August, 20 10.

*Rhonda S. McGinnis*
Notary Public

"OFFICIAL SEAL"
Rhonda S. McGinnis
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 10/28/2013