UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | ) ) ) ) ) ) ) ) | |
| | ) | 10 CV 02472 |
| | ) ) | Judge St. Eve |
| Plaintiffs, | ) | |
| v. | ) ) | |
| RIGGS CONSTRUCTION, INC., an Illinois corporation, | ) ) | |

Defendant.

**JUDGMENT ORDER** AGAINST ERIC RIGGS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 69

WHEREAS, the Chicago District Council of Carpenters Pension Fund, et al. ("Trust Funds") filed their motion for entry of judgment against Eric Riggs pursuant to Federal Rule of Civil Procedure 69;

WHEREAS, Plaintiffs served Eric Riggs, as President of Defendant, with a Citation to Discover Assets on August 25, 2010;

WHEREAS, on occasions after August 25, 2010, Eric Riggs signed checks from Riggs Construction, Inc.'s bank account, transferring cash to numerous persons and entities, the total of said transfers being $10,051.56;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, upon motion of the Trust Funds for entry of judgment against Eric Riggs pursuant to Federal Rule of Civil Procedure 69 and 735 Ill. Comp. Stat. § 5/2-1402 and for good cause shown as set forth in the Trust Funds' motion and supporting exhibits, judgment is entered in favor of the Trust Funds and against Eric Riggs, personally, in the amount of $10,051.56.

IT IS FURTHER ORDERED that the Trust Funds have such other relief as the Court deems just and equitable.

 February 8, 2011 
Date

_____
Judge Amy J. St. Eve