

606 SOUTH MAIN STREET
PRINCETON, IL 61356-2080
PHONE: (815) 875-4444
FAX: (815) 872-0247
www.citizens1st.com

U S Clerk of Court
Eastern Division of the
U S District Court Northern District
219 S Dearborn St
Chicago, IL 60604

May 12, 2011

RE: Citation to Discover Assets – Riggs Construction Inc – Eric Riggs Individually
U S District Court Case No 10 CV 02472

Clerk of Court:

Attorney Kevin P McJessy served us with a Citation to Discover Assets belonging to Riggs Construction Inc and Eric Riggs individually. The citation Attorney McJeccy used did not provide a form on which we were to document our answer.

This letter serves as our response to the Third Party Citation to Discover Assets served on Citizens First National Bank for assets belonging to Riggs Construction Inc and Eric Riggs.

Citizens First National Bank is holding a total of $6,576.36 for this legal order and is waiting for further direction from the court.

Please do not hesitate to contact us if you have any questions or concerns regarding this matter.

Sincerely,

Phyllis Sledgister
Deposit Operations Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| RIGGS CONSTRUCTION, INC., an Illinois corporation, | ) ) ) ) | |
| Defendants. | ) ) | 10 CV 02472 |
| CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND et al., | ) ) ) ) | Judge St. Eve |
| Judgment Creditor, | ) ) | |
| v. | ) ) | |
| ERIC RIGGS, | ) ) ) | |
| Judgment Debtor. | ) | |

### THIRD-PARTY CITATION TO DISCOVER ASSETS

TO:  Citizens First National Bank
     200 East Church Street
     Sandwich, IL 60548

YOU ARE HEREBY COMMANDED to appear at McJessy, Ching & Thompson, LLC, 3759 N. Ravenswood, Suite 231, Chicago, Illinois, 60613, on June 6, 2011 at 2:00 p.m. to be examined under oath before a certified court reporter to discover assets or income not exempt from the enforcement of the judgment.

Judgment was entered against Eric Riggs, individually, ("Judgment Debtor") on February 8, 2011 of which $6,701.04 remains unsatisfied. A copy of the judgment is attached hereto as **Exhibit A**.

YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.

YOU ARE COMMANDED to produce at the examination documents described in the Rider attached as **Exhibit B** and all books, papers, or records in your possession or control which may contain information concerning the property or income of Judgment Debtor.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Judgment Debtor or to which the Judgment Debtor may be entitled or which may be acquired by or become due to the Judgment Debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the Judgment Debtor, until further order of Court or termination of the proceedings, whichever occurs first. You are not required to withhold the payment of any money beyond double the amount of the judgment that remains unsatisfied.

WITNESS  MAY 0 5 2011 , 2011

**MICHAEL W. DOBBINS**
CLERK, U.S. DISTRICT COURT

**MARIA G. HERNANDEZ**
DEPUTY CLERK

Kevin P. McJessy
John J. Sopata, of Counsel
MCJESSY, CHING & THOMPSON, LLC
3759 North Ravenswood, Suite 231
Chicago, Illinois 60613
(773) 880-1260 (telephone)
(773) 880-1265 (facsimile)